## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION


**PETER E. SCOTT**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 4:09CV100-DAS**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                    **DEFENDANT**


### FINAL JUDGMENT

Consistent with the Memorandum Opinion entered this day, this case will be **REMANDED** to the Commissioner for further proceedings.  On remand, the Commissioner will refer the case to the ALJ for further development of the record with regard to the claimant's past work as a cotton packer and a determination of whether the claimant is capable of performing any gainful work activity.  The ALJ shall conduct any further proceedings not inconsistent with the ruling of this court.

**THEREFORE**, the parties having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit,

**IT IS ORDERED AND ADJUDGED** that this case is hereby **REMANDED** to the Commissioner for further proceedings.

**THIS**, 3rd day of June, 2010.


                                                    /s/ David A. Sanders
                                                    U. S. MAGISTRATE JUDGE